UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Schubek,<br><br>         Plaintiff,<br><br>    v.<br><br>Aer Lingus Limited,<br><br>         Defendant. | No. 2:19-cv-01955-KJM-KJN<br><br>AMENDMENT TO THE<br>SCHEDULING ORDER |

The parties jointly request (ECF No. 19) to amend dates in the pretrial scheduling order (ECF No. 18). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 12/3/2020 | 7/6/2021 |
| Expert Disclosures | 2/5/2021 | 8/6/2021 |
| Rebuttal Expert Disclosures | 2/25/2021 | 8/26/2021 |
| Completion of Expert Discovery | 3/26/2020 | 9/24/2021 |
| All Dispositive Motions Hearing Date | 3/26/2021 | 9/17/2021 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 14). This order resolves ECF No. 19.

IT IS SO ORDERED.

DATED: December 4, 2020.

CHIEF UNITED STATES DISTRICT JUDGE